IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06cr 249-VPM |
| | ) | [18 USC § 13 Code of Ala. |
| V. | ) | 32-5A-191(a)(1)(2)] |
| | ) | |
| GAYLE HOLLOWAY | ) | INFORMATION |

RECEIVED
2006 OCT 31 P 4:35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

The United States Attorney charges:

On or about the 26th of August 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, GAYLE HOLLOWAY, did unlawfully operate a motor vehicle while there was 0.08 percent or more by weight of alcohol in her blood and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY


*Nathan Golden*
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. On the 26th of August 2006 I observed a vehicle stopped at a green light for one to two minutes. I initiated a traffic stop, and upon making contact with the driver, I detected a strong odor of alcohol emitting from the driver. The driver was identified as GAYLE HOLLOWAY. HOLLOWAY was asked to perform three field sobriety tests, all of which she failed. HOLLOWAY was apprehended and taken to the MP Station, where she was advised of the Alabama implied consent law. HOLLOWAY was administered a breathalyzer test, which registered a .08 BAC. HOLLOWAY was then processed and released. In my opinion as a law enforcement officer, Ms. Holloway was under the influence of alcohol.

*[signature]*
BATEMAN, CHARLES W, PFC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __20__ day of __OCT__ 2006.

*[signature]*
NOTARY PUBLIC

My commission expires: 23 DEC 2006