IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR.NO. **1:06CR249-VPM** |
| V. | * | |
| GAYLE HOLLOWAY | * | |

**NOTICE OF APPEARANCE**

**COMES NOW** Jodee R. Thompson and would hereby request this Honorable Court to enter her appearance in the above captioned matter as attorney of record for and on behalf of the Defendant.

Respectfully submitted this the 27th day of December, 2006.

```
_____
JODEE R. THOMPSON
ATTORNEY FOR DEFENDANT
ALA. BAR NO. ROW011
119 EAST COLLEGE STREET
P.O. BOX 311445
ENTERPRISE, ALABMA 36330
334-347-4927 telephone
334-347-4931 facsimile
```

**CERTIFICATE OF SERVICE**

    I, Jodee R. Thompson, counsel for the Defendant in the above styled cause, hereby certify that I have served a copy of the foregoing on the following counsel of record, by U.S. mail on this the 27th day of December, 2006.

Nathan T. Golden
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000

                                                                           **OF COUNSEL**