**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**OFFICE OF THE CLERK**
**POST OFFICE BOX 711**
**MONTGOMERY, ALABAMA 36101-0711**

**DEBRA P. HACKETT, CLERK**                                      TELEPHONE (334) 954-3600
**YVONNE GOODLOE, CHIEF DEPUTY CLERK**

# NOTICE OF DEFICIENCY

To:      Attorney Jodee Thompson

From:   Wanda Stinson
         Deputy Clerk/Courtroom Deputy

Date:    January 5, 2007

Case Style: United States of America vs. Gayle Holloway

Case Number:   1:06CR249-CSC

Referenced Pleading: Document(s) #5 Notice of Appearance, filed on December 29, 2006.

The above-referenced pleading styled **United States of America v. Galye Holloway, Case No. 1:06CR249-CSC,** was filed without your signature.

Please file a corrected Notice of Appearance indicating your signature on the notice and on the Certificate of Service page.

Should you have any questions or need any assistance, please do not hesitate to contact our help desk or me directly.