IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| PLAINTIFF | ) ) ) |
| VS. | ) CR-249-VPM ) 1:06cr249-CSC |
| GAYLE HOLLOWAY | ) ) |
| DEFENDANT | ) ) |

### CORRECTIVE NOTICE OF APPEARANCE

**COMES NOW** Jodee Rowe Thompson and would hereby requests this Honorable Court to enter her appearance in the above captioned matter as attorney of record for and on behalf of the Defendant, Gayle Holloway.

Respectfully submitted, this the 8th day of December, 2007.

JODEE ROWE THOMPSON (ROW011)
ATTORNEY AT LAW
119 E. College Street
P.O. Box 311445
Enterprise, AL 36331-1445
334/347-4927 telephone
334/347-4931 facsimile

## CERTIFICATE OF SERVICE

I, Jodee R. Thompson, of counsel for the Defendant in the above-styled cause, hereby certify that I have served a copy of the foregoing on the following counsel of record, by U.S. Mail on this 8th day of January, 2007.

Clerk, U.S. District Court
P.O. Box 711
Montgomery, Al. 36101

OF COUNSEL