**COURTROOM DEPUTY MINUTES**    **DATE:** JANUARY 9, 2007    **Time:** 10:23 - 10:26
**MIDDLE DISTRICT OF ALABAMA**

**TAPE NO:** 3052 @ 1186 to 1449

- ✓ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ✓ ARRAIGNMENT
- ☐ PRELIMINARY EXAMINATION

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NO.** 1:06CR249-CSC    **NAME:** GAYLE HOLLOWAY

**AUSA:** NATHAN T. GOLDEN    **DEFT. ATTY:** JODEE THOMPSON
Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO

**USPO:** _____

Defendant ____ does ✓ does NOT need an interpreter. Interpreter NAME: _____

- ☐ Kars.    Date of Arrest _____ or ☐ karsr40
- ✓ Kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ✓ Kcnsl.    Deft. First Appearance with Counsel
- ☐    Deft. First Appearance without Counsel
- ☐    Requests appointed Counsel    ☐ ORAL MOTION
- ☐ Finaff.    Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ Koappted    ORDER appointing Community Defender Organization
- ☐ K20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ✓    Deft. Advises he will retain counsel. Has retained JODEE THOMPSON
- ✓ karr.    ARRAIGNMENT ✓ HELD. Plea of NOT GUILTY entered.
  - ☐ Jury Trial Set for 3/6/07    ☐ PRETRIAL CONF. DATE: _____
  - ☐ DISCOVERY DISCLOSURES DATE: _____
  - ✓ Request Non-Jury Trial. Set for 3/6/07
  - ☐ GUILTY PLEA entered.
- ✓ CONSENT to Proceed before U.S. Magistrate Judge
- ☐ krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel.