IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR NO. 1:06-CR-249-CSC |
| ) | |
| GAYLE HOLLOWAY ) | |

### MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Information heretofore filed in the above-styled cause to GAYLE HOLLOWAY on the following grounds, to wit: In the interest of justice.

Respectfully submitted this the 28th day of February, 2007.

        Respectfully submitted,

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Kent B. Brunson
        KENT B. BRUNSON
        Assistant United States Attorney
        One Court Street, Suite 201
        Montgomery, Alabama 36104
        Phone:  (334) 223-7280
        FAX:  (334) 223-7135
        E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR NO. 1:06-CR-249-CSC |
| ) | |
| GAYLE HOLLOWAY ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jodee R. Thompson, Esq.

Respectfully submitted,

/s/Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Street, Suite 201
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | )   CR. NO. 1:06-CR-249-CSC |
| | ) |
| **GAYLE HOLLOWAY** | ) |

**O R D E R**

Upon consideration of the Motion for Leave to Dismiss the Information heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this 28th day of February, 2007.

_____
**UNITED STATES MAGISTRATE JUDGE**